813 A.2d 542

IN THE MATTER OF PATRICK J. MOORE, AN ATTORNEY AT LAW (ATTORNEY NO. 013721989).

January 15, 2003.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–363, concluding that **PATRICK J. MOORE** of **RUNNEMEDE,** who was admitted to the bar of this State in 1989, and who has been ineligible to practice law in New Jersey since September 24, 2002, for failure to pay the annual assessments to the New Jersey Lawyers' Fund for Client Protection as required by *Rule* 1:28–2, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15(c)(failure to safeguard funds in which an attorney and a third party claim an interest); *RPC* 4.1(a)1(false statement of material fact to third person); *RPC* 5.5(a)(practicing law while ineligible); *RPC* 8.1(a)(false statement in a disciplinary matter), *RPC* 8.1(b)(failure

to cooperate with ethics authorities) and *RPC* 8.4(c)(dishonesty, fraud, deceit or misrepresentation);

And **PATRICK J. MOORE** having failed to appear on the return date of the Order to Show Cause why he should not be disbarred or otherwise disciplined;

And the Court having concluded that it should impose a substantial term of suspension due to the seriousness of respondent's misconduct, including his lack of cooperation in these proceedings and his numerous false statements about the status of escrow funds, which statements were contained in filed pleadings, in correspondence with counsel and a surety, and to the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **PATRICK J. MOORE** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.